25479. ROBINSON *v*. WATSON *et al.*

DECIDED NOVEMBER 21, 1936. ON REHEARING, DECEMBER 19, 1936.

MacINTYRE, J. The record in this case is substantially the same as that in the companion case of *Gray* v. *Watson,* ante, 885, the briefs of evidence and the grounds of the motion for a new trial being identical, and the only difference in the two cases being that Robinson, the plaintiff in error in the instant case, conducted the parking place where F. M. Watson Jr. was injured, and Mrs. Gray owned the property on which the parking place was located. Upon the authority of the *Gray* case we hold that the judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

ON MOTION FOR REHEARING.

MacINTYRE, J. Following the ruling this day made on the motion for a rehearing in the companion case of *Gray* v. *Watson,* we remold our original judgment of affirmance in this case. The judgment is now affirmed on condition that the plaintiff dismiss his suit as to the estate of D. Greenfield. If this be not done, the judgment is reversed.

*Rehearing denied. Broyles, C. J., and Guerry, J., concur.*